UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MARTHA SWEET,**

    Plaintiff,

**v.**                                     **CASE NO. 3:04-cv-1235-J-16MMH**

**BAPTIST/ST. VINCENT'S HEALTH SYSTEM
LONG TERM DISABILITY PLAN, by and
through the Plan Administrator, The Baptist/
St. Vincent's Health System; and UNUM LIFE
INSURANCE COMPANY OF AMERICA,**

    Defendants**.**
_____/

**ORDER OF DISMISSAL**

Based upon the parties' Stipulation of Dismissal with Prejudice (Dkt. 18), filed August 17, 2005, it is hereby

**ORDERED**:

This case is **DISMISSED** with prejudice, with each party to bear her or its own attorney fees and costs. The Court shall retain jurisdiction to enforce the parties' settlement agreement.

**DONE AND ORDERED** at Jacksonville, Florida, this __18__ day of August, 2005.

Copies to:
Counsel of Record

_/s/ John H. Moore II_
JOHN H. MOORE II
United States District Judge